GIBRALTAR REALTY CORPORATION, Respondent, v. THE MOUNT VERNON TRUST COMPANY, Appellant.— Judgment, and order so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents upon the ground that section 149-b of the Banking Law is applicable.

JACK SCHOENBAUM, Doing Business, etc., Appellant, v. STEVE BOBALUC, Individually and as President, etc., and Others, Respondents.— Judgment reversed, with costs, and judgment granted for plaintiff for the relief demanded in the complaint. (See *National House Cleaning Contractors, Inc.*, v. *Bobaluc, ante,* p. 401, decided herewith.) Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote for affirmance. Settle order on notice, reversing findings inconsistent with this determination, and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA SWIFT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WANAMAKER BASS, Appellant, v. JOSEPH V. MITCHELL, Individually and as Executor, etc., of JOHN J. CLANCEY, Deceased, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant a new trial on the ground that in his opinion plaintiff made out a *prima facie* case.

GASPAR RUSSO, an Infant, by ANNA RUSSO, His Guardian ad Litem, Respondent, v. HUISKING HOLDING CORP. and Others, Defendants, Impleaded with BLUE KITCHENS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE KOLYNOS SALES CORPORATION, Respondent, v. LAUBE-INTERSTATE, INC., Appellant, Impleaded with Another.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MARY WEINFELD and EDWARD WEINFELD, Respondents, v. SPINGLER VAN BEUREN ESTATES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. DOOLEY, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and dismiss the information on the ground that the proof was insufficient to establish the commission of the crime charged.